UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-08688-DMG-PDx | Date | August 31, 2023 |
|---|---|---|---|
| Title | Claudia Fiorella Occhipinti v. Paris Hilton, et al., | | |

| Present: The Honorable | PATRICIA DONAHUE, U.S. MAGISTRATE JUDGE |
|---|---|
| Isabel Verduzco | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings:** (In Chambers) Discovery Dispute

The Court will conduct an informal discovery conference via zoom on **September 6, 2023, at 4:00 p.m**. The Courtroom Deputy will email counsel with the link.

In the August 31, 2023 email to the Court, a copy of which is attached, Plaintiff states that Defendants "have continued to object to producing documents in five different categories". No later than **September 5, 2023**, Plaintiff will submit to the PDChambers email, with a copy to all counsel of record, a list of the five categories. The list will describe each category in no more than two sentences and will not contain any argument.

IT IS SO ORDERED.

Initials of Preparer    IV