EMILIE ESTHER PITTS (FL SBN 1000396) *(admitted pro hac vice)*
9248 SE Island Place
Tequesta, FL 33469
Tel: (347) 737-0781
emilie@emiliepitts.com

**LEICHTMAN LAW PLLC**
David Leichtman (NY SBN 2824480) *(admitted pro hac vice)*
Shane Wax (NY SBN 5347695) *(admitted pro hac vice)*
185 Madison Ave, 15th Floor
New York, New York 10016
Tel: (212) 419-5210
dleichtman@leichtmanlaw.com
swax@leichtmanlaw.com

**GODWIN LLP**
HAROLD MCDOUGALL IV (CA SBN 234972)
12021 Wilshire Boulevard, #538
Los Angeles, CA 90025
Tel: (424) 704-5647
harold@godwinllp.biz

Attorneys for Plaintiff Claudia Fiorella Occhipinti

**LAVELY & SINGER PC**
MICHAEL E. WEINSTEN (State Bar No. 155680)
MAX D. FABRICANT (State Bar No. 333859)
2049 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 556-3615
mweinsten@lavelysinger.com
mfabricant@lavelysinger.com

Attorneys for Defendants
PARIS HILTON, PARIS HILTON ENTERTAINMENT, INC. AND 11:11 MEDIA, LLC

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA FIORELLA OCCHIPINTI, a California Resident,<br><br>Plaintiff,<br>v.<br><br>PARIS HILTON, a California Resident, PARIS HILTON ENTERTAINMENT, INC., a California Corporation, 11:11 Media, LLC, a Delaware LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-08688-DMG-PD<br><br>**NOTICE OF ERRATA re:**<br>**JOINT ADR REPORT**<br><br>**Judge: Hon. Dolly M. Gee**<br><br>**Discovery Cutoff Date: 11/21/23**<br>**Pretrial Conference Date: 02/27/24**<br>**Trial Date: 03/26/24** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff files this Notice of Errata to correct an error on the signature page of the JOINT ADR REPORT filed on September 29, 2023 (Dkt. No. 49). Although all parties and all counsel of record consented to the filing of the JOINT ADR REPORT, the signature page erroneously contains the electronic signature of David Leichtman of Leichtman Law PLLC in place of Mr. Michael Weinsten of Lavely & Singer PC. A corrected version of the JOINT ADR REPORT is filed herewith.

Respectfully submitted,

Dated: September 29, 2023 **Emilie Esther Pitts**

By: / s / *Emilie Esther Pitts*
Emilie Esther Pitts (admitted *pro hac vice*)

Dated: September 29, 2023 **Leichtman Law PLLC**

By: / s / *David Leichtman*
David Leichtman (admitted *pro hac vice*)
Shane Wax (admitted *pro hac vice*)

Dated: September 29, 2023 **Godwin LLP**

By: / s / *Harold McDougal IV*
Harold McDougal IV
*Attorneys for Plaintiff*

Dated: September 29, 2023 **Lavely & Singer PC**

By: / s / *Michael E. Weinsten*
Michael E. Weinsten
Max D. Fabricant
*Attorneys for Defendants Paris Hilton,*
*Paris Hilton Entertainment, Inc.,*
*and 11:11 Media, LLC*