EMILIE ESTHER PITTS (FL SBN 1000396) *(admitted pro hac vice)*
9248 SE Island Place
Tequesta, FL 33469
Tel: (347) 737-0781
emilie@emiliepitts.com

**LEICHTMAN LAW PLLC**
David Leichtman (NY SBN 2824480) *(admitted pro hac vice)*
Shane Wax (NY SBN 5347695) *(admitted pro hac vice)*
185 Madison Ave, 15th Floor
New York, New York 10016
Tel: (212) 419-5210
dleichtman@leichtmanlaw.com
swax@leichtmanlaw.com

**GODWIN LLP**
HAROLD MCDOUGALL IV (CA SBN 234972)
12021 Wilshire Boulevard, #538
Los Angeles, CA 90025
Tel: (424) 704-5647
harold@godwinllp.biz

Attorneys for Plaintiff Claudia Fiorella Occhipinti


**LAVELY & SINGER PC**
MICHAEL E. WEINSTEN (State Bar No. 155680)
MAX D. FABRICANT (State Bar No. 333859)
2049 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 556-3615
mweinsten@lavelysinger.com
mfabricant@lavelysinger.com

Attorneys for Defendants
PARIS HILTON, PARIS HILTON ENTERTAINMENT, INC. AND 11:11 MEDIA, LLC

1

JOINT ADR REPORT
2:22-cv-08688-DMG-PD

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA FIORELLA OCCHIPINTI, a California Resident,<br><br>Plaintiff,<br><br>v.<br><br>PARIS HILTON, a California Resident, PARIS HILTON ENTERTAINMENT, INC., a California Corporation, 11:11 Media, LLC, a Delaware LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-08688-DMG-PD<br><br>**JOINT ADR REPORT**<br><br>**Judge: Hon. Dolly M. Gee**<br><br>**Discovery Cutoff Date: 11/21/23**<br>**Pretrial Conference Date: 02/27/24**<br>**Trial Date: 03/26/24** |

Pursuant to the Court's Order dated April 10, 2023, Dkt No. 34, respective counsel for Claudia Fiorella Occhipinti ("Plaintiff") and Defendants Paris Hilton, Paris Hilton Entertainment, Inc., and 11:11 Media, LLC ("Defendants") (Defendants and Plaintiff may be known herein as the "Parties") conducted a mediation on September 21, 2023. Although the Parties did not resolve the matter during the mediation, subsequent to the mediation they have reached an agreement that contemplates dismissal of this action with prejudice on or before November 1, 2023. Accordingly, the Parties request that all deadlines be adjourned *sine die*.

Respectfully submitted,

Dated: September 28, 2023 **Emilie Esther Pitts**

By: /s/ *Emilie Esther Pitts*
Emilie Esther Pitts (admitted *pro hac vice*)

Dated: September 28, 2023 **Leichtman Law PLLC**

By: /s/ *David Leichtman*
David Leichtman (admitted *pro hac vice*)
Shane Wax (admitted *pro hac vice*)

Dated: September 28, 2023 **Godwin LLP**

By: /s/ *Harold McDougal IV*
Harold McDougal IV
*Attorneys for Plaintiff*

Dated: September 28, 2023 **Lavely & Singer PC**

By: /s/ *Michael E. Weinsten*
Michael E. Weinsten
Max D. Fabricant
*Attorneys for Defendants Paris Hilton,*
*Paris Hilton Entertainment, Inc.,*
*and 11:11 Media, LLC*