# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA FIORELLA OCCHIPINTI, a California Resident,<br><br>Plaintiff,<br><br>v.<br><br>PARIS HILTON, a California Resident, PARIS HILTON ENTERTAINMENT, INC., a California Corporation, 11:11 Media, LLC, a Delaware LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 22-8688-DMG (PDx)<br><br>**ORDER APPROVING JOINT STIPULATION DISMISSING ACTION PURSUANT TO FRCP 41(a)(1) [53]** |

Based on the joint stipulation of the parties and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and good cause appearing, the Court hereby dismisses, with prejudice, this action in its entirety.

**IT IS SO ORDERED.**

DATED: October 13, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-